UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

GRACIELA DONCOUSE,

Plaintiff,

-against-

JUSTSTEVEN LLC and WACO ENTERPRISES,

Defendants.

-----------------------------------------------------------------------X

Case No.: 1:24-cv-3886

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for WACO ENTERPRISES. certifies that there are no corporate parents, affiliates and/or subsidiaries of said party that are publicly held.

Dated: September 3, 2024

Respectfully submitted,

COZEN O'CONNOR

Vincent Pozzuto, Esq. (VP7168)
3 WTC – 175 Greenwich St.
New York, New York 10007
Telephone: (212) 509-9400
E-mail: vpozzuto@cozen.com
*Attorneys for Defendant*
WACO ENTERPRISES, LLC.,

TO:
THE MARKS LAW FIRM, PC
Bradly G. Marks
155 E 55th Street, Suite 4H
New York, NY 10022
(646) 770-3775
(646) 770-2639
E: brad@markslawpc.com

Michael Friel Fleming, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
212.309.6000
212.309.6001 (fax)
michael.fleming@morganlewis.com